# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129435 & ( 14)

TAMMERIA K. GHENT,
            Plaintiff-Appellee,

v

SC     129435
CoA   261795
WCAC 04-0321

COUNTY OF MIDLAND, SELF-INSURED,
            Defendant-Appellant,
and

SECOND INJURY FUND
DUAL EMPLOYMENT PROVISIONS,
            Defendant-Appellee.

_____

            On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal to facilitate redemption proceedings is considered and the application for leave to appeal is DISMISED without costs and without prejudice to reinstatement on the motion of a party in the event redemption proceedings fail to resolve the case.



            I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2005

Clerk